UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gaye D. Rogers,

    Plaintiff,

    v.                          Case No. 2:17–cv–412

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.                Magistrate Judge Vascura

## ORDER

On July 2, 2018, United States Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), ECF No. 18, concerning the denial of Gaye Rogers's ("Plaintiff") application for Social Security disability insurance benefits. The R&R recommended overruling Plaintiff's statement of errors and entering judgment in favor of the Commissioner of Social Security ("Commissioner").

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 16, ECF No. 18. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **OVERRULED**, and the Clerk shall enter final judgment in favor of the Commissioner.

    IT IS SO ORDERED.

                                    MICHAEL H. WATSON, JUDGE
                                    UNITED STATES DISTRICT COURT